IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

ELVIN D. GIBBS                                                                                      PLAINTIFF

v.                                            Case No. 1:22-cv-1041

COMMISIONER,
SOCIAL SECURITY ADMINISTRATION                                           DEFENDANT

## ORDER

Before the Court is the Report and Recommendation filed on July 5, 2023, by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. ECF No. 21. Judge Bryant recommends that Plaintiff's Motion for Attorney's Fees Pursuant to the Equal Access to Justice Act ("EAJA") be granted. ECF No. 18. No party has filed objections to the Report and Recommendation, and the time to object has passed. *See* 28 U.S.C. § 636(b)(1). Upon consideration, the Court adopts the Report and Recommendation (ECF No. 21), and Plaintiff's motion (ECF No. 18) is **GRANTED**.

Accordingly, the Court finds that Plaintiff is entitled to compensation under the EAJA in the amount of $6,286.00. This award represents 25.4 attorney hours for work performed in 2022 at an hourly rate of $221.00 and 2.85 attorney hours for work performed in 2023 at an hourly rate of $236.00.

**IT IS SO ORDERED**, this 20th day of July, 2023.

/s/ Susan O. Hickey
Susan O. Hickey
Chief United States District Judge